UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOIS ANN ISBELLE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL A. CHAMBERLAIN, and GREGORY A. ISBELLE,<br><br>    Defendants.<br><br>---<br><br>GREGORY ISBELLE,<br><br>    Cross-claimant,<br><br>v.<br><br>MICHAEL A. CHAMBERLAIN,<br><br>    Cross-Defendant. | NO. CV-03-0162-RHW<br><br>**ORDER GRANTING PARTIES' STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

On September 26, 2005, the parties entered a Stipulation for Order of Dismissal With Prejudice (Ct. Rec. 82). The parties report that they have settled this matter and ask that the case be dismissed with prejudice and without costs and attorneys fees.

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal With Prejudice (Ct. Rec. 82) is **GRANTED**.

2. The above-captioned case is **DISMISSED**, with prejudice and without

**ORDER GRANTING PARTIES' STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

1  costs or attorneys fees to either party.

2  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
3  enter this order, provide copies to counsel and **close** the file.
4  **DATED** this 30th day of September, 2005.

```
                    s/ ROBERT H. WHALEY
                Chief United States District Judge
```

Q:\CIVIL\2003\Isbelle\dismiss.wpd

**ORDER GRANTING PARTIES' STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE ~ 2**